**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIM. NO. 3:24-CR-35-TES** |
| **vs.** | : | |
| | : | |
| **KEYDERMAN JOSE BLANCO VILLAMIZAR,** | : | |
| **KAROL TELLEZ DUARTE, and** | : | |
| **DOUGLAS RONDON VILLARROEL,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S MOTION TO CORRECT THE RECORD AND PROVIDE ADDITIONAL FACTS IN SUPPORT OF DETENTION

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and hereby corrects three errors contained in its Motion to Detain filed on December 13, 2024. In the Motion to Detain, the government incorrectly identified the two photos shown below as being posted to Keyderman's Facebook account and incorrectly represented that it was Keyderman posing with the unidentified male at the table containing the bulk currency.






The smiling man sitting at the table is a co-conspirator of Keyderman's but *not* Keyderman and this photo was posted to the co-conspirator's Facebook account, *not*

Keyderman's account. Also, the photo of the gold bar and coins was posted to the same co-conspirator's Facebook account, *not* Keyderman's Facebook account.

Lastly, the government incorrectly represented that it was Karol who was photographed below wearing a black wig as she approached the North Georgia Credit Union's ATM to smear Vaseline on the security camera. The woman photographed below was a female co-conspirator of Karol's who was a member of the ATM jackpotting crew's "Technical Team."[1] (However, the white Lexus filmed next to the North Georgia Credit Union ATM is Keyderman's car and the same car that Karol and Keyderman posed next to in Times Square.)



The defendants used multiple vehicles to commit the ATM thefts in Georgia and elsewhere.[2] For instance, on July 21, 2024 Keyderman and Karol were in another one of their cars, a dark colored BMW 528i (shown below next to the North Georgia Credit Union ATM in Toccoa, GA). Douglas Rondon Villarroel was driving a tan Hyundai

[1] The Technical Team is responsible for installing the electronic device inside the ATM which uploads the malware to the ATM. After the Technical Team completes its task, other members of the crew then are responsible for withdrawing the money from the ATM.

[2] The number of different vehicles the defendants used to commit the ATM thefts illustrates the available resources they have to flee if released on bond.

Elantra to commit the ATM thefts in Georgia.



In her custodial interview with FBI Athens RA Special Agent Matt Winn, Karol admitted that she and Keyderman were in this BMW and that the photo below is of them in the car, which was captured by the camera affixed to the ATM at the North Georgia Credit Union in Toccoa.



The defendants used this same BMW, in addition to a Toyota Camry and Subaru Impreza, to commit a $48,600 ATM theft at the Penn East Federal Credit Union in Scranton, PA on September 13, 2024, and a $42,000 ATM theft at the Penn East Federal Credit Union in South Abington Township, PA on September 15, 2024.

RESPECTFULLY SUBMITTED, this 14th day of December, 2024.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: ***s/ Michael Morrison***
Michael Morrison
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 621-2631
Email: Mike.Morrison@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Mike Morrison, Assistant United States Attorney, hereby certify that I have emailed a copy of the the within and foregoing ***GOVERNMENT'S MOTION TO CORRECT THE RECORD AND ADDITIONAL FACTS IN SUPPORT OF DETENTION*** to defense counsel.

This this 14th day of December, 2024.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: ***s/ Michael Morrison***
Michael Morrison
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 621-2631
Email: Mike.Morrison@usdoj.gov