IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA : 3:24-CR-00035-002

VS. : JULY 07, 2025

KAROL TELLEZ DUARTE, : ATHENS, GEORGIA

DEFENDANT

TRANSCRIPT OF THE CHANGE OF PLEA
BEFORE THE HONORABLE TILMAN E. SELF, III,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

MR. MIKE MORRISON 300 MULBERRY ST STE 400

MACON, GA 31201 478-752-3511

Email: mike.morrison@usdoj.gov

LEAD ATTORNEY

FOR THE DEFENDANT:

MS. LYNSEY BARRON 1800 PEACHTREE ST NE

STE 300 ATLANTA, GA 30309

404-276-3261 Email: lynsey@barronward.com

JOAN DRAMMEH, CVR, CCR

JOAN_DRAMMEH@GAMD.USCOURTS.GOV

***--- PROCEEDINGS ---***

Monday, July 07, 2025 08:31:36

COURT SECURITY OFFICER: All rise. The United States District Court for the Middle District of Georgia, Athens Division, is now in session.

THE COURT: This is United States of America versus Karol Tellez Duarte, case number 3:24-CR-00035-002. Are you Ms. Duarte?

THE DEFENDANT: Yes.

THE COURT: All right Ms. Barron, what are we doing?

DEFENSE COUNSEL: Your Honor, we are here for a change of plea; it is non-negotiated.

THE COURT: All right, is it to the indictment?

THE AUSA: Yes, Your Honor.

THE COURT: Okay, thank you. Let's swear the interpreter.

COURTROOM DEPUTY: Do you solemnly swear that you will well and truly interpret this case now before the Court so help you God?

INTERPREETER: I do in Espanol. I am licensed to interpret.

THE COURT: Thank you very much.

Ms. Barron, did you mess explain the legal implications to your client of what she's doing by pleading guilty?

10:10:25AM

DEFENSE COUNSEL: I have, Your Honor.

THE COURT: To your knowledge is she competent to enter a free and voluntary plea of guilty today?

DEFENSE COUNSEL: She is.

THE COURT: To your knowledge does she understand the consequences of pleading guilty?

DEFENSE COUNSEL: She does.

THE COURT: Ms. Duarte, in order for me to allow you to plead guilty I've got to make sure that you're doing so voluntarily and nobody is forcing you to do this or intimidating you to do it; that you fully understand the charges to which you are pleading guilty; that you are competent and capable of understanding the consequences of pleading guilty; and that there's a factual basis to support your guilty plea. I'm going to do this by asking you certain questions that I need for you to answer under oath.

If I ask you a question that you don't understand don't answer the question. Tell me you don't understand and I will rephrase it for you. If at any point you become confused, tell me you are confused and I'll do my best to clear it up. If you need time to talk to Ms. Barron you let me know and I'll give you the time that you need. Do you understand?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right, swear her in.

10:11:38AM COURTROOM DEPUTY: Raise your right hand. Do you swear and affirm that your testimony in this case shall be the truth, the whole truth, and nothing but the truth so help you God?

THE DEFENDANT: I do.

THE COURT: Okay. Keep in mind that you are now under oath. If you were to answer any of my questions falsely you could be prosecuted for perjury, do you understand that?

THE DEFENDANT: Yes, Your Honor.

THE COURT: How old are you?

THE DEFENDANT: Forty-four.

THE COURT: How far did you go in school?

THE DEFENDANT: University.

THE COURT: So you can read and write.

THE DEFENDANT: Yes, Your Honor.

THE COURT: Have you been treated for any mental illness or drug addictions of any kind?

THE DEFENDANT: No, sir.

THE COURT: Are you suffering from any serious physical illness.

THE DEFENDANT: No, Your Honor.

THE COURT: Are you currently under the influence of any drugs, medication, alcoholic beverage of any kind?

THE DEFENDANT: No, Your Honor.

THE COURT: Is your mind clear?

10:12:45AM THE DEFENDANT: Yes, Your Honor.

THE COURT: Are you pleading guilty today of your own freewill?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Has anyone attempted to force you, scare you, or trick you into pleading guilty?

THE DEFENDANT: No, Your Honor.

THE COURT: Are you pleading guilty voluntarily, of your own freewill, because you are guilty of the crime of which you are charged?

THE DEFENDANT: Yes, Your Honor.

THE COURT: You're going to waive certain constitutional rights if you plead guilty. I want to go over those with you. You have a right to plead not guilty to any offense charged against you and persist in that plea.

You have a right to a jury trial. At that trial you will be presumed to be innocent and the Government would have to prove your guilt beyond a reasonable doubt. You would not have to testify at trial unless you voluntarily choose to do so. If you did not testify or put on any evidence at all that could not or would not be used against you.

You have a right to see, to hear, and cross-examine all the witnesses who testify against you.

You have a right to present evidence on your own behalf and to compel the attendance of the witnesses by

10:14:11AM subpoena if necessary.

You have a right to appeal any verdict of guilty.

Do you understand these trial rights?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you further understand that if you plead guilty there's not going to be a trial and you're going to waive the rights I've just described.

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you have any questions about giving up your rights to a jury trial?

THE DEFENDANT: No, sir.

THE COURT: Do you now waive the rights I just described to you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Are you a United States citizen?

THE DEFENDANT: No, Your Honor.

THE COURT: Do you understand that your plea of guilty may affect your residence or the status with the immigration authorities?

THE DEFENDANT: Yes, sir.

THE COURT: Did you receive a copy of the indictment pending against you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: I want to make sure that you understand the charges the Government makes against you in the

10:15:24AM indictment. Mr. Morrison is going to explain the essential elements of crimes charged. In other words, he would tell us what the Government would have to prove at trial in order to convict you on these charges.

THE AUSA: Your Honor, this Defendant is entering a guilty plea to Count One of the superseding indictment in which she and her codefendants are charged with conspiracy to commit bank fraud with an offense date of on and between July 9th of 2024 and December the 8th, 2024. At trial, Your Honor, the Government would be required to show that two or more persons in some way or manner agree to true to accomplish a common and unlawful plan to commit bank fraud in violation of 18 United States Code Section 1344 in that the Defendant knew the unlawful purpose of the plan and wilfully joined in it.

As for the material elements of bank fraud, the Government would have to show that the Defendant knowingly carried out or attempted to carry out a scheme to defraud a financial institution to get money, assets, or other property from a financial institution by use of false or fraudulent pretences, representations, or promises about a material fact.

Secondly, the Government would have to show that the false or fraudulent pretenses, representations, or promises were material.

Third, the Government would have to show the Defendant intended to defraud the financial institution.

10:16:49AM

Lastly, the Government would have to show that the financial institution was federally insured.

THE COURT: Do you understand the charge the Government makes against you?

DEFENSE COUNSEL: Your Honor, I do want to point out one thing. The superseding indictment was handed down on May the 14th, 2025. My client has not technically been arraigned on the superseding indictment. So I don't know if that's an issue that we need to address.

THE AUSA: Judge, if I may? In the Middle District we generally do Judge. We don't have a separate reading for a superceding indictment. I know other districts do. Some do. Some don't.

DEFENSE COUNSEL: I practice primarily in the Northern District so I didn't know if that needed to be addressed, but I just wanted to bring it to the Court's attention.

THE COURT: Thank you for doing that.

Ms. Duarte, you understand the charge that the Government makes against you in the indictment?

INTERPREETER: Yes, Your Honor.

THE COURT: Do you understand what the Government would have to prove at trial in order to convict you on this charge?

INTERPREETER: Yes, Your Honor.

10:17:53AM THE COURT: Have you discussed this indictment with your lawyer?

DEFENSE COUNSEL: Yes, sir.

THE DEFENDANT: Yes, sir.

THE COURT: Have you discussed any defense you might have to the charge against you with your lawyer?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you have any questions about either the indictment or the charge against you?

THE DEFENDANT: No, Your Honor.

THE COURT: Tell her the maximum possible sentence she faces, please.

THE AUSA: Your Honor, the maximum possible sentence is 30 years in prison. There's a maximum fine of $1 million, and a maximum term of supervised release of five years, and there's a mandatory assessment fee of $100.

THE COURT: Do you understand what Mr. Morrison said?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand these to be the possible consequences of your plea?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you have any questions about your possible sentence?

THE DEFENDANT: No questions Your Honor.

10:19:01AM

THE COURT: I understand there's a plea agreement in this case.

THE AUSA: There's not, Your Honor.

THE COURT: Okay, good. Let's go over the facts of the case, please.

THE AUSA: Yes, Your Honor. Although there's not a plea agreement I do believe we have a stipulated facts, which I'd like to read into the record.

THE COURT: Okay.

THE AUSA: At trial the Government's evidence would show beyond a reasonable doubt that the Defendant and her co-conspirators engaged in jackpotting scheme wherein the conducted hosts cyber attacks on automatic teller machines, ATMs, belonging to banks and credit unions located several states. The members of the conspiracy gained physical access to the ATMs by using a key to open the ATM covering and housing. They then attached a foreign device to the ATM and used it to intercept messages between the ATM and the financial institution servers. Using the device they manipulated messages to authorize fraudulent transactions to cause the ATM to dispense United States currency.

As part of the conspiracy and scheme to defraud, the Defendant and her co-conspirators attempted to and did steal United States currency through this host spoofing cyber attack scheme from 51 separate ATMs; and stole approximately

10:20:15AM $1.47 million in United States currency. In the Middle District of Georgia Defendant and her co-conspirators committed a host spoofing cyber attack on July the 20th into July the 21st, 2024 at the North Georgia Credit Union located at 249 East Franklin Street Hartwell, Hart County Georgia. There the cyber attack resulted in the theft of $120,800 in United States currency. All of the targeted financial institutions are federally insured by the Federal Deposit Insurance Corporation or the National Credit Union Administration.

The Defendant now admits that she committed the offense in Count One of the superseding indictment and the Government's evidence would prove her guilty at trial beyond a reasonable down.

THE COURT: Do you understand what the prosecutor said?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you agree with those facts?

DEFENSE COUNSEL: Your Honor, I just want to note for the record we do not stipulate to the loss amount that all of that $1.47 million was reasonably foreseeable for the purposes of sentencing guidelines. We do agree with all of the material facts as they relate to the elements of the crime.

THE AUSA: I apologize if I misstated that.

10:21:42AM

THE COURT: I think she's going to your precursor of what you said. Let me put it this way. Based on what Mr. Morrison said to me I think there is a sufficient factual predicate to support the plea. We can worry about the loss amount or the intended loss amount at sentencing because that's where it really matters. Is that sufficient?

DEFENSE COUNSEL: That's correct, Your Honor. I didn't want it to be that we agreed to the loss.

THE COURT: No, no. You're a good lawyer. Thank you for that.

Ms. Duarte, you agree with those facts other than the loss amount?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand that any stipulation of facts with the Government is not binding on the Court?

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand that you're not going to be sentenced today?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand that probation was doing an investigation on you and prepared something that may came out in that background that could affect the length of your sentence?

THE DEFENDANT: Understood.

THE COURT: There are advisory sentencing guidelines

10:23:00AM that apply to your case. Have you and your lawyer talked about how they apply to you?

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand that the Court will not be able to determine the advisory guideline sentence for your case until after the presentence report has been completed?

INTERPREETER: Yes, Your Honor.

THE COURT: Do you understand that based upon the Court's finding of fact the sentence imposed may be very different from any estimate that your lawyer may have given you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand then that you should not plead guilty based upon any estimate that anyone has given you about the sentencing guideline range that might apply to you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand that after your guideline range has been determined, the Court has the authority in some circumstances to depart from the guidelines and impose a sentence that's longer or shorter than the advisory guideline sentence?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand that parole has been

10:24:03AM abolished and if you are sent to prison you are not going to be released on parole?

THE DEFENDANT: Understood.

THE COURT: Have had an opportunity -- a full and complete opportunity -- to talk to your lawyer about pleading guilty?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Are you fully satisfied with the counsel and advice she has given you in this case?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Based on everything you know at this time, has she represented you in a proper and competent way?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Is there anything that you want to tell me today?

THE DEFENDANT: No, sir.

THE COURT: Are you fully satisfied with the assistance of the interpreter in all stages of this case?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you have any questions about anything we've done today?

THE DEFENDANT: No, sir.

THE COURT: Are you confused about anything at all?

THE DEFENDANT: No, Your Honor.

THE COURT: Ms. Barron, anything you want to say

10:25:07AM today?

DEFENSE COUNSEL: No, Your Honor.

THE COURT: Anything you think I should cover with her that I did not?

DEFENSE COUNSEL: No, Your Honor.

THE COURT: Mr. Morrison.

THE AUSA: No, sir.

THE COURT: Ms. Duarte, how do you plead guilty or not guilty?

THE DEFENDANT: Guilty.

THE COURT: Are you, in fact, guilty of the charge against you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: You've got to just answer out loud. You can't nod your head. Do you now admit you committed the acts described in the indictment that was previously read here in open court?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Does the Government know of any reason I should not accept the plea of guilty?

THE AUSA: No, sir.

THE COURT: Ms. Barron.

DEFENSE COUNSEL: No, Your Honor.

THE COURT: It is the finding of the Court in the case of United States v. Karol Tellez Duarte that the

10:26:00AM Defendant is fully competent and capable of entering an informed plea. She is aware of the nature of the charges, the consequences of the plea. Her plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. The plea is therefore accepted. The Defendant is now adjudicated guilty of the offense.

A written presentence report will be prepared by the Probation Office to assist the Court in sentencing. It's important this report be as accurate as possible. You should cooperate with the probation department in the investigation for this report. The failure to cooperate could result an obstruction enhancement of your sentence or a denial of acceptance of responsibility that might reduce your sentence. It's my understanding the Bureau of Prisons relies on the report and you should be aware that the report can affect the conditions of your confinement. You will be asked to give information for the report and your lawyer may if you wish.

You and your lawyer will have an opportunity to read the presentence report, file any objections to it before the sentencing hearing. Any objections must be filed within 14 days after receiving the presentence report. If they're not timely filed they are waived. You and your lawyer will have an opportunity to speak at the sentencing hearing. I now refer you to the probation office for a presentence

10:27:30AM investigation and a report. What needs to be signed and filed?

THE AUSA: Judge, we have a signed change of plea form and I'd like to file this.

THE COURT: Okay. The sentencing is October 1st. Thank you all.

(Proceedings concluded.)

END OF RECORD

10:28:06AM

CERTIFICATE OF OFFICIAL REPORTER

I, Joan Drammeh, Federal Official Court Reporter, in and for the United States District Court for the Middle District of Georgia, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 19TH day of OCTOBER, 2025

Joan Drammeh

JOAN DRAMMEH, CVR, CCR
FEDERAL OFFICIAL COURT REPORTER

MY COMMISSION EXPIRES:
APRIL 1, 2026



COURT SECURITY OFFICER: [1] 2/3
COURTROOM DEPUTY: [2] 2/17 4/1
DEFENSE COUNSEL: [12] 2/11 3/1 3/4 3/7 8/5 8/14 9/3 11/19 12/7 15/2 15/5 15/23
INTERPREETER: [4] 2/20 8/21 8/25 13/8
THE AUSA: [11] 2/14 7/5 8/10 9/13 10/3 10/6 10/10 11/25 15/7 15/21 17/3
THE COURT: [71]
THE DEFENDANT: [47]

$

$1 [1] 9/14
$1 million [1] 9/14
$1.47 [2] 11/1 11/21
$1.47 million [2] 11/1 11/21
$100 [1] 9/16
$120,800 [1] 11/6

0

002 [2] 1/4 2/7
07 [2] 1/5 2/2
08:31:36 [1] 2/2

1

1344 [1] 7/13
14 [1] 16/21
14th [1] 8/7
18 [1] 7/13
1800 [1] 1/19
19TH [1] 18/13
1st [1] 17/5

2

2024 [3] 7/9 7/9 11/4
2025 [4] 1/5 2/2 8/7 18/13
20th [1] 11/3
21st [1] 11/4
249 [1] 11/5
28 [1] 18/6

3

30 [1] 9/14
300 [2] 1/13 1/20
30309 [1] 1/20
31201 [1] 1/14
3261 [1] 1/21
3511 [1] 1/14
3:24-CR-00035-002 [2] 1/4 2/7

4

400 [1] 1/13
404-276-3261 [1] 1/21
478-752-3511 [1] 1/14

5

51 [1] 10/25

7

753 [1] 18/6

8

8th [1] 7/9

9

9th [1] 7/9

A

able [1] 13/5
abolished [1] 14/1
about [10] 6/9 7/20 9/8 9/23 12/4 13/2 13/16 14/5 14/20 14/23
above [1] 18/8
above-entitled [1] 18/8
accept [1] 15/20
acceptance [1] 16/14
accepted [1] 16/6
access [1] 10/15
accomplish [1] 7/11
accurate [1] 16/10
acts [1] 15/15
addictions [1] 4/17
address [1] 8/9
addressed [1] 8/16
adjudicated [1] 16/6
Administration [1] 11/10
admit [1] 15/15
admits [1] 11/11
advice [1] 14/9
advisory [3] 12/25 13/5 13/23
affect [3] 6/18 12/22 16/16
affirm [1] 4/2
after [3] 13/6 13/19 16/22
against [10] 5/15 5/21 5/23 6/22 6/25 8/4 8/20 9/6 9/9 15/12
agree [4] 7/11 11/18 11/22 12/11
agreed [1] 12/8
agreement [2] 10/1 10/7
alcoholic [1] 4/23
all [12] 2/3 2/10 2/13 3/25 5/20 5/23 11/7 11/20 11/22 14/18 14/23 17/6
allow [1] 3/8
Although [1] 10/6
am [1] 2/20
AMERICA [2] 1/4 2/6
amount [4] 11/20 12/5 12/5 12/12
answer [4] 3/16 3/18 4/7 15/14
any [21]
anyone [2] 5/5 13/15
anything [5] 14/14 14/20 14/23 14/25 15/3
apologize [1] 11/25
appeal [1] 6/2
APPEARANCES [1] 1/11
apply [3] 13/1 13/2 13/16
approximately [1] 10/25
are [25]
arraigned [1] 8/8
as [5] 7/15 10/22 11/23 16/10 16/10
ask [1] 3/17
asked [1] 16/17
asking [1] 3/15
assessment [1] 9/16
assets [1] 7/18
assist [1] 16/9
assistance [1] 14/18
at [15] 3/19 5/16 5/19 5/20 7/3 7/9 8/23 10/10 11/4 11/5 11/13 12/5 14/11 14/23 16/24
ATHENS [3] 1/2 1/6 2/5
ATLANTA [1] 1/20
ATM [4] 10/16 10/17 10/18 10/21
ATMs [3] 10/14 10/16 10/25
attached [1] 10/17
attack [3] 10/24 11/3 11/6
attacks [1] 10/13
attempted [3] 5/5 7/17 10/23
attendance [1] 5/25
attention [1] 8/17
ATTORNEY [1] 1/16
authorities [1] 6/19
authority [1] 13/21
authorize [1] 10/20
automatic [1] 10/13
aware [2] 16/2 16/16

B

background [1] 12/22
bank [3] 7/8 7/12 7/15
banks [1] 10/14
BARRON [6] 1/19 2/10 2/23 3/21 14/25 15/22
barronward.com [1] 1/21
based [4] 12/2 13/9 13/15 14/11
basis [2] 3/14 16/4
be [20]
because [2] 5/9 12/5
become [1] 3/19
been [5] 4/16 8/7 13/6 13/20 13/25
before [3] 1/9 2/18 16/20
behalf [1] 5/25
believe [1] 10/7
belonging [1] 10/14
best [1] 3/20
between [2] 7/8 10/18
beverage [1] 4/23
beyond [3] 5/18 10/11 11/13
binding [1] 12/15
bring [1] 8/16
Bureau [1] 16/15
but [2] 4/3 8/16

C

came [1] 12/22
can [3] 4/14 12/4 16/16
can't [1] 15/15
capable [2] 3/13 16/1
carried [1] 7/17
carry [1] 7/17
case [10] 2/7 2/18 4/2 10/2 10/5 13/1 13/6 14/9 14/18 15/25
cause [1] 10/21
CCR [2] 1/24 18/18
certain [2] 3/15 5/12
CERTIFICATE [1] 17/11
certify [1] 18/5
change [3] 1/9 2/12 17/3
charge [6] 8/3 8/19 8/24 9/6 9/9 15/11
charged [4] 5/10 5/15 7/2 7/7
charges [4] 3/12 6/25 7/4 16/2
choose [1] 5/19
circumstances [1] 13/21
citizen [1] 6/15
clear [2] 3/21 4/25
client [2] 2/24 8/7
co [3] 10/12 10/23 11/2
co-conspirators [3] 10/12 10/23 11/2
Code [2] 7/13 18/6
codefendants [1] 7/7
commit [2] 7/8 7/12
committed [3] 11/3 11/11 15/15
common [1] 7/12
compel [1] 5/25
competent [4] 3/2 3/13 14/12 16/1
complete [1] 14/5
completed [1] 13/7
concluded [1] 17/9

C

conditions [1] 16/17
conducted [1] 10/13
Conference [1] 18/10
confinement [1] 16/17
conformance [1] 18/9
confused [3] 3/20 3/20 14/23
consequences [4] 3/6 3/13 9/21 16/3
conspiracy [3] 7/7 10/15 10/22
conspirators [3] 10/12 10/23 11/2
constitutional [1] 5/13
containing [1] 16/5
convict [2] 7/4 8/23
cooperate [2] 16/11 16/12
copy [1] 6/21
Corporation [1] 11/9
correct [2] 12/7 18/7
could [4] 4/8 5/21 12/22 16/12
counsel [1] 14/8
Count [2] 7/6 11/12
County [1] 11/5
court [12] 1/1 2/4 2/18 12/15 13/4 13/20 15/17 15/24 16/9 18/3 18/4 18/19
Court's [2] 8/16 13/10
cover [1] 15/3
covering [1] 10/16
CR [2] 1/4 2/7
credit [3] 10/14 11/4 11/9
crime [2] 5/9 11/24
crimes [1] 7/2
cross [1] 5/22
cross-examine [1] 5/22
currency [4] 10/21 10/24 11/1 11/7
currently [1] 4/22
CVR [2] 1/24 18/18
cyber [4] 10/13 10/24 11/3 11/6

D

date [1] 7/8
Dated [1] 18/13
day [1] 18/13
days [1] 16/22
December [1] 7/9
DEFENDANT [12] 1/7 1/18 7/5 7/13 7/16 7/25 10/11 10/23 11/2 11/11 16/1 16/6
defense [1] 9/5
defraud [3] 7/17 7/25 10/22
denial [1] 16/13
depart [1] 13/21
department [1] 16/11
Deposit [1] 11/8
described [3] 6/7 6/13 15/16
determine [1] 13/5
determined [1] 13/20
device [2] 10/17 10/19
did [6] 2/23 4/12 5/20 6/21 10/23 15/4
didn't [2] 8/15 12/8
different [1] 13/11
discussed [2] 9/1 9/5
dispense [1] 10/21
DISTRICT [10] 1/1 1/1 1/10 2/4 2/4 8/10 8/15 11/2 18/4 18/5
districts [1] 8/12
DIVISION [2] 1/2 2/5
do [43]
does [3] 3/5 3/7 15/19
doing [5] 2/10 2/24 3/9 8/18 12/21
don't [6] 3/17 3/18 3/18 8/8 8/11 8/13
done [1] 14/21
doubt [2] 5/18 10/11
down [2] 8/6 11/14
DRAMMEH [4] 1/24 1/25 18/3 18/18
drug [1] 4/17
drugs [1] 4/23
DUARTE [8] 1/6 2/7 2/8 3/8 8/19 12/11 15/8 15/25

E

each [1] 16/5
East [1] 11/5
either [1] 9/8
elements [4] 7/2 7/15 11/23 16/5
Email [2] 1/15 1/21
END [1] 17/10
engaged [1] 10/12
enhancement [1] 16/13
enter [1] 3/3
entering [2] 7/5 16/1
entitled [1] 18/8
Espanol [1] 2/20
essential [2] 7/1 16/5
estimate [2] 13/11 13/15
everything [1] 14/11
evidence [4] 5/20 5/24 10/10 11/13
examine [1] 5/22
explain [2] 2/23 7/1

F

faces [1] 9/12
fact [4] 7/20 13/10 15/11 16/4
facts [6] 10/4 10/7 11/18 11/23 12/11 12/15
factual [2] 3/14 12/3
failure [1] 16/12
false [2] 7/19 7/22
falsely [1] 4/7
far [1] 4/12
Federal [3] 11/8 18/3 18/19
federally [2] 8/2 11/8
fee [1] 9/16
file [2] 16/20 17/4
filed [3] 16/21 16/23 17/2
financial [6] 7/18 7/19 7/25 8/2 10/19 11/7
finding [2] 13/10 15/24
fine [1] 9/14
five [1] 9/15
force [1] 5/5
forcing [1] 3/10
foregoing [1] 18/6
foreign [1] 10/17
foreseeable [1] 11/21
form [1] 17/4
format [1] 18/9
Forty [1] 4/11
Forty-four [1] 4/11
four [1] 4/11
Franklin [1] 11/5
fraud [3] 7/8 7/12 7/15
fraudulent [3] 7/19 7/22 10/20
free [1] 3/3
freewill [2] 5/3 5/9
full [1] 14/4
fully [4] 3/11 14/8 14/17 16/1
further [1] 6/5

G

GA [2] 1/14 1/20
gained [1] 10/15
GAMD.USCOURTS.GOV [1] 1/25
generally [1] 8/11
GEORGIA [7] 1/1 1/6 2/4 11/2 11/4 11/5 18/5
get [1] 7/18
give [2] 3/22 16/17
given [3] 13/11 13/15 14/9
giving [1] 6/9
go [3] 4/12 5/13 10/4
God [2] 2/19 4/4
going [8] 3/15 5/12 6/6 6/6 7/1 12/1 12/17 14/1
good [2] 10/4 12/9
got [2] 3/9 15/14
GOVERNMENT [14] 1/12 5/17 6/25 7/3 7/10 7/16 7/21 7/24 8/1 8/4 8/20 8/22 12/15 15/19
Government's [2] 10/10 11/13
guideline [4] 13/5 13/16 13/20 13/23
guidelines [3] 11/22 12/25 13/21
guilt [1] 5/18
guilty [27]

H

had [1] 14/4
hand [1] 4/1
handed [1] 8/6
Hart [1] 11/5
Hartwell [1] 11/5
has [9] 5/5 8/7 13/6 13/15 13/20 13/20 13/25 14/9 14/12
have [30]
he [1] 7/2
head [1] 15/15
hear [1] 5/22
hearing [2] 16/21 16/24
held [1] 18/8
help [2] 2/19 4/3
her [9] 3/25 7/7 9/11 10/11 10/23 11/2 11/13 15/4 16/3
here [2] 2/11 15/16
hereby [1] 18/5
Honor [49]
HONORABLE [1] 1/9
host [2] 10/24 11/3
hosts [1] 10/13
housing [1] 10/17
how [4] 4/10 4/12 13/2 15/8

I

I'd [2] 10/8 17/4
I'll [2] 3/20 3/22
I'm [1] 3/15
I've [2] 3/9 6/7
if [15] 3/17 3/19 3/21 4/7 5/13 5/20 6/1 6/5 8/8 8/10 8/15 11/25 14/1 16/18 16/22
III [1] 1/9
illness [2] 4/17 4/20
immigration [1] 6/19
implications [1] 2/24
important [1] 16/10
impose [1] 13/22
imposed [1] 13/10
in [44]
independent [1] 16/4
indictment [12] 2/13 6/21 7/1 7/6 8/6 8/8 8/12 8/20 9/1 9/9 11/12 15/16
influence [1] 4/22

I

information [1] 16/18
informed [1] 16/2
innocent [1] 5/17
institution [5] 7/18 7/19 7/25 8/2 10/19
institutions [1] 11/8
Insurance [1] 11/9
insured [2] 8/2 11/8
intended [2] 7/25 12/5
intercept [1] 10/18
interpret [2] 2/18 2/21
interpreter [2] 2/16 14/18
intimidating [1] 3/11
into [3] 5/6 10/8 11/3
investigation [3] 12/21 16/11 17/1
is [24]
issue [1] 8/9
it [13] 2/12 2/13 3/11 3/19 3/21 7/14 8/16 10/18 12/2 12/6 12/8 15/24 16/20
It's [2] 16/9 16/15

J

jackpotting [1] 10/12
JOAN [4] 1/24 1/25 18/3 18/18
joined [1] 7/14
JUDGE [4] 1/10 8/10 8/11 17/3
Judicial [1] 18/10
JULY [5] 1/5 2/2 7/8 11/3 11/4
jury [2] 5/16 6/10
just [5] 6/7 6/12 8/16 11/19 15/14

K

KAROL [3] 1/6 2/7 15/25
Keep [1] 4/6
key [1] 10/16
kind [2] 4/17 4/23
knew [1] 7/13
know [6] 3/22 8/8 8/12 8/15 14/11 15/19
knowing [1] 16/3
knowingly [1] 7/16
knowledge [2] 3/2 3/5

L

Lastly [1] 8/1
lawyer [9] 9/2 9/6 12/9 13/1 13/11 14/5 16/18 16/19 16/23
LEAD [1] 1/16
legal [1] 2/23
length [1] 12/22
let [2] 3/21 12/2
Let's [2] 2/15 10/4
licensed [1] 2/20
like [2] 10/8 17/4
located [2] 10/14 11/4
longer [1] 13/22
loss [5] 11/20 12/4 12/5 12/8 12/12
loud [1] 15/14
lynsey [2] 1/19 1/21

M

machines [1] 10/13
MACON [1] 1/14
make [2] 3/9 6/24
makes [3] 6/25 8/4 8/20
mandatory [1] 9/16
manipulated [1] 10/20
manner [1] 7/11
material [4] 7/15 7/20 7/23 11/23
matter [1] 18/8
matters [1] 12/6
maximum [4] 9/11 9/13 9/14 9/15
may [7] 6/18 8/6 8/10 12/21 13/10 13/11 16/18
me [7] 3/8 3/18 3/20 3/22 12/2 12/3 14/15
medication [1] 4/23
members [1] 10/15
mental [1] 4/16
mess [1] 2/23
messages [2] 10/18 10/20
MIDDLE [5] 1/1 2/4 8/10 11/1 18/5
might [3] 9/5 13/16 16/14
MIKE [1] 1/13
mike.morrison [1] 1/15
million [3] 9/14 11/1 11/21
mind [2] 4/6 4/25
misstated [1] 11/25
Monday [1] 2/2
money [1] 7/18
more [1] 7/10
MORRISON [5] 1/13 7/1 9/17 12/3 15/6
MR [5] 1/13 7/1 9/17 12/2 15/6
MS [8] 1/19 2/8 2/10 2/23 3/21 14/25 15/8 15/22
Ms. [3] 3/8 8/19 12/11
Ms. Duarte [3] 3/8 8/19 12/11
much [1] 2/22
MULBERRY [1] 1/13
must [1] 16/21
my [4] 3/20 4/7 8/7 16/15

N

National [1] 11/9
nature [1] 16/2
NE [1] 1/19
necessary [1] 6/1
need [4] 3/16 3/21 3/22 8/9
needed [1] 8/15
needs [1] 17/1
negotiated [1] 2/12
no [18] 4/18 4/21 4/24 5/7 6/11 6/16 9/10 9/25 12/9 12/9 14/16 14/22 14/24 15/2 15/5 15/7 15/21 15/23
nobody [1] 3/10
nod [1] 15/15
non [1] 2/12
non-negotiated [1] 2/12
North [1] 11/4
Northern [1] 8/15
not [19]
note [1] 11/19
nothing [1] 4/3
now [8] 2/5 2/18 4/6 6/12 11/11 15/15 16/6 16/24
number [1] 2/7

O

oath [2] 3/16 4/7
objections [2] 16/20 16/21
obstruction [1] 16/13
October [2] 17/5 18/13
offense [5] 5/15 7/8 11/12 16/5 16/7
office [2] 16/9 16/25
OFFICIAL [3] 18/1 18/3 18/19
Okay [5] 2/15 4/6 10/4 10/9 17/5
old [1] 4/10
on [15] 5/20 5/24 7/4 7/8 8/6 8/8 8/23 10/13 11/3 12/2 12/15 12/21 14/2 14/11 16/15
one [3] 7/6 8/8 11/12
open [2] 10/16 15/17
opportunity [4] 14/4 14/5 16/19 16/24
or [20]
order [3] 3/8 7/3 8/23
other [4] 7/2 7/18 8/12 12/11
out [5] 7/17 7/17 8/5 12/22 15/14
over [2] 5/13 10/4
own [3] 5/3 5/9 5/24

P

page [1] 18/9
parole [2] 13/25 14/2
part [1] 10/22
PEACHTREE [1] 1/19
pending [1] 6/22
perjury [1] 4/8
persist [1] 5/15
persons [1] 7/11
physical [2] 4/20 10/15
plan [2] 7/12 7/14
plea [18] 1/9 2/12 3/3 3/15 5/15 6/17 7/6 9/21 10/1 10/7 12/4 15/20 16/2 16/3 16/3 16/4 16/6 17/3
plead [6] 3/9 5/13 5/14 6/6 13/15 15/8
pleading [8] 2/24 3/6 3/12 3/14 5/2 5/6 5/8 14/5
please [2] 9/12 10/5
point [2] 3/19 8/5
possible [5] 9/11 9/13 9/21 9/24 16/10
practice [1] 8/14
precursor [1] 12/1
predicate [1] 12/4
prepared [2] 12/21 16/8
present [1] 5/24
presentence [5] 13/6 16/8 16/20 16/22 16/25
presumed [1] 5/17
pretences [1] 7/20
pretenses [1] 7/22
previously [1] 15/16
primarily [1] 8/14
prison [2] 9/14 14/1
Prisons [1] 16/15
probation [4] 12/20 16/9 16/11 16/25
proceedings [3] 2/1 17/9 18/8
promises [2] 7/20 7/22
proper [1] 14/12
property [1] 7/18
prosecuted [1] 4/8
prosecutor [1] 11/15
prove [4] 5/18 7/3 8/23 11/13
purpose [1] 7/14
purposes [1] 11/22
pursuant [1] 18/5
put [2] 5/20 12/2

Q

question [2] 3/17 3/18
questions [7] 3/16 4/7 6/9 9/8 9/23 9/25 14/20

R

Raise [1] 4/1
range [2] 13/16 13/20
read [4] 4/14 10/8 15/16 16/19
reading [1] 8/11
really [1] 12/6
reason [1] 15/19

R

reasonable [3] 5/18 10/11 11/14
reasonably [1] 11/21
receive [1] 6/21
receiving [1] 16/22
record [3] 10/8 11/20 17/10
reduce [1] 16/14
refer [1] 16/25
regulations [1] 18/10
relate [1] 11/23
release [1] 9/15
released [1] 14/2
relies [1] 16/15
rephrase [1] 3/19
report [10] 13/6 16/8 16/10 16/12 16/16 16/16 16/18 16/20 16/22 17/1
reported [1] 18/8
REPORTER [3] 18/1 18/4 18/19
representations [2] 7/20 7/22
represented [1] 14/12
required [1] 7/10
residence [1] 6/18
responsibility [1] 16/14
result [1] 16/12
resulted [1] 11/6
right [9] 2/10 2/13 3/25 4/1 5/14 5/16 5/22 5/24 6/2
rights [5] 5/13 6/3 6/7 6/10 6/12
rise [1] 2/3

S

said [4] 9/18 11/16 12/2 12/3
satisfied [2] 14/8 14/17
say [1] 14/25
scare [1] 5/5
scheme [4] 7/17 10/12 10/22 10/25
school [1] 4/12
Secondly [1] 7/21
Section [2] 7/13 18/6
see [1] 5/22
SELF [1] 1/9
sent [1] 14/1
sentence [10] 9/11 9/13 9/24 12/23 13/5 13/10 13/22 13/23 16/13 16/14
sentenced [1] 12/18
sentencing [8] 11/22 12/5 12/25 13/16 16/9 16/21 16/24 17/5
separate [2] 8/11 10/25
serious [1] 4/19
servers [1] 10/19
session [1] 2/5
several [1] 10/14
shall [1] 4/2
she [10] 3/2 3/4 3/5 3/7 7/7 9/12 11/11 14/9 14/12 16/2
she's [2] 2/24 12/1
shorter [1] 13/22
should [5] 13/14 15/3 15/20 16/10 16/16
show [6] 7/10 7/16 7/21 7/24 8/1 10/11
signed [2] 17/1 17/3
sir [11] 4/18 6/11 6/20 9/3 9/4 12/16 13/3 14/16 14/22 15/7 15/21
so [7] 2/19 3/9 4/3 4/14 5/20 8/8 8/15
solemnly [1] 2/17
some [4] 7/11 8/12 8/13 13/21
something [1] 12/21
speak [1] 16/24
spoofing [2] 10/24 11/3
ST [2] 1/13 1/19
stages [1] 14/18
states [16] 1/1 1/4 1/10 2/4 2/6 6/15 7/13 10/15 10/21 10/24 11/1 11/7 15/25 18/4 18/6 18/10
status [1] 6/18
STE [2] 1/13 1/20
steal [1] 10/23
stenographically [1] 18/7
stipulate [1] 11/20
stipulated [1] 10/7
stipulation [1] 12/14
stole [1] 10/25
Street [1] 11/5
subpoena [1] 6/1
suffering [1] 4/19
sufficient [2] 12/3 12/6
superceding [1] 8/12
superseding [4] 7/6 8/6 8/8 11/12
supervised [1] 9/15
support [2] 3/14 12/4
supported [1] 16/4
sure [2] 3/9 6/24
swear [4] 2/15 2/17 3/25 4/2

T

talk [2] 3/21 14/5
talked [1] 13/1
targeted [1] 11/7
technically [1] 8/7
tell [5] 3/18 3/20 7/2 9/11 14/14
teller [1] 10/13
TELLEZ [3] 1/6 2/7 15/25
term [1] 9/15
testify [3] 5/19 5/20 5/23
testimony [1] 4/2
than [2] 12/11 13/22
thank [5] 2/15 2/22 8/18 12/9 17/6
that [58]
that's [4] 8/9 12/6 12/7 13/22
theft [1] 11/6
then [2] 10/17 13/14
there [4] 11/6 12/3 12/25 14/14
there's [7] 3/14 6/6 9/14 9/16 10/1 10/3 10/6
therefore [1] 16/6
these [3] 6/3 7/4 9/20
they [5] 10/17 10/19 11/23 13/2 16/23
they're [1] 16/22
thing [1] 8/6
think [3] 12/1 12/3 15/3
Third [1] 7/24
this [18] 2/6 2/18 3/10 3/15 4/2 7/5 8/23 9/1 10/2 10/24 12/2 14/9 14/11 14/18 16/10 16/12 17/4 18/13
those [3] 5/14 11/18 12/11
through [1] 10/24
TILMAN [1] 1/9
time [3] 3/21 3/22 14/12
timely [1] 16/23
Title [1] 18/6
today [6] 3/3 5/2 12/18 14/15 14/21 15/1
transactions [1] 10/20
transcript [3] 1/9 18/7 18/9
treated [1] 4/16
trial [11] 5/16 5/16 5/19 6/3 6/6 6/10 7/3 7/9 8/23 10/10 11/13
trick [1] 5/6
true [2] 7/11 18/7
truly [1] 2/18
truth [3] 4/3 4/3 4/3
two [1] 7/10

U

under [3] 3/16 4/7 4/22
understand [25]
understanding [2] 3/13 16/15
Understood [2] 12/24 14/3
Union [2] 11/4 11/9
unions [1] 10/14
UNITED [15] 1/1 1/4 1/10 2/3 2/6 6/15 7/13 10/21 10/24 11/1 11/7 15/25 18/4 18/6 18/10
University [1] 4/13
unlawful [2] 7/12 7/14
unless [1] 5/19
until [1] 13/6
up [2] 3/21 6/10
upon [2] 13/9 13/15
us [1] 7/2
usdoj.gov [1] 1/15
use [1] 7/19
used [2] 5/21 10/18
using [2] 10/16 10/19

V

verdict [1] 6/2
versus [1] 2/6
very [2] 2/22 13/10
violation [1] 7/12
voluntarily [3] 3/10 5/8 5/19
voluntary [2] 3/3 16/4

W

waive [3] 5/12 6/7 6/12
waived [1] 16/23
want [7] 5/13 6/24 8/5 11/19 12/8 14/14 14/25
wanted [1] 8/16
was [5] 8/2 8/6 11/21 12/20 15/16
way [3] 7/11 12/2 14/12
we [11] 2/10 2/11 8/9 8/11 8/11 10/7 11/20 11/22 12/4 12/8 17/3
we've [1] 14/21
well [1] 2/18
were [2] 4/7 7/23
what [9] 2/10 2/24 7/3 8/22 9/17 11/15 12/2 12/2 17/1
where [1] 12/6
wherein [1] 10/12
which [4] 3/12 5/10 7/7 10/7
who [1] 5/23
whole [1] 4/3
wilfully [1] 7/14
will [8] 2/18 3/19 5/17 13/4 16/8 16/17 16/19 16/23
wish [1] 16/18
within [1] 16/21
witnesses [2] 5/23 5/25
words [1] 7/2
worry [1] 12/4
would [13] 5/17 5/18 5/21 7/2 7/3 7/10 7/16 7/21 7/24 8/1 8/23 10/10 11/13
write [1] 4/14
written [1] 16/8

Y

years [2] 9/14 9/15
Yes [36]
you [134]

Y
you're [5] 3/9 5/12 6/6 12/9 12/17
You've [1] 15/14
your [82]